**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **NATASHA MINDLING,** | : | **CIVIL ACTION** |
| | : | **NO.: 3:18-CV-01829-AWT** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **GEORGE R. STIEGLER, JR.,** | : | |
| | : | **SEPTEMBER 6, 2022** |
| **Defendant.** | : | |

## PLAINTIFF'S MOTION FOR POST-JUDGMENT INTEREST

Filed at the same time as this Motion is the plaintiff's Motion for Award of Offer of Compromise interest. Following the Court's Ruling on that motion and the entry of final judgment, post-judgment interest will begin to accrue.

> Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefore may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding[.] the date of the judgment. The Director of the Administrative Office of the United States Courts shall distribute notice of that rate and any changes in it to all Federal judges.

28 U.S.C. § 1961(a).[1] *See, e.g., Doe v. East Lyme Bd. of Educ.*, 962 F.3d 649, 661-662 (2d Cir. 2020) ("Generally, interest for money judgments in civil cases is calculated from the date of the judgment and uses the 'weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System' for the calendar week preceding the entry of judgment. 28 U.S.C. § 1961(a). The

[1] The rate may also be found here: https://www.federalreserve.gov/releases/h15/.

interest is calculated daily and compounded annually. *Id.* § 1961(b)."); *Fed. Hous. Fin. Agency v. Nomura Holding Am., Inc.*, 104 F. Supp. 3d 441, 585 (D. Conn 2015) (Thompson, J.) ("The federal postjudgment rate is defined by statute as 'the 1-year constant maturity Treasury yield.' 28 U.S.C. § 1961(a).").

Wherefore, the plaintiff moves the Court to award post-judgment interest from the date of the entry of final judgement to the date the judgement is paid.

Respectfully submitted,

/s/ ____________________________

Antonio Ponvert III (ct17516)
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: aponvert@koskoff.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ __________________________
Antonio Ponvert III